GERSETA CORPORATION and Another v. THE SILK ASSOCIATION OF AMERICA and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Judicial Settlement of the Intermediate Account of Proceedings of THE TITLE GUARANTEE AND TRUST COMPANY, as Administrator, etc., and as Trustee, etc., of JOHN SLATER, Deceased.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Petition of THEODORUS BAILEY, for an Order Requiring ROBBINS S. RUTHERFORD (Respondent), an Attorney, to Return Certain Moneys. JOHN W. REMER, Appellant.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

FLORENCE K. SCOTT v. GRAHAM SCOTT.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

KYRIACOS SINANIDES v. CHRIST P. CASSAPOGLOU and Others.— Motion granted so far as to reduce the amount of the bond required of plaintiff to the sum of $500, and that plaintiff have five days from service of a copy of order within which to furnish said bond. Present—Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ADOLPH TISCHLER v. ABRAM FEINBERG.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

ELIZABETH GODBOLD, as Administratrix, etc., v. LINK TAXI CORPORATION.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

MARY WITTNER v. BURR AVENUE DEVELOPMENT CORPORATION and Others.— Motion granted. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

LEOPOLD HOLDING CORPORATION v. ANNA L. WROATH, Appellant, and LEOPOLD ZIRINSKY and Others, Respondents, Impleaded, etc.— Motion granted. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. AUGUST BISCHOFF.— Motion granted. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

RICHARD H. HOFFMAN v. JANET B. HOFFMAN.— Motion denied. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

PATRICK WHITE v. WILLIAM ZAVELOFF.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

JENNIE BEACH GASPER, as Cotrustee, etc., v. JAMES ALBERT WALES, as Cotrustee, etc., and STANLEY Y. BEACH.— Motion granted. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

DAVID ROTHMAN, as Administrator, etc., of JOSEPH G. ROTHMAN, Deceased, v. PENNSYLVANIA RAILROAD COMPANY.— Motion denied, with ten dollars costs, and stay vacated. Present—Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

MORRIS PERLMAN v. ROSE SHAPIRO, Impleaded, etc.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH MILLER.— Motion denied and stay vacated. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

LOUIS B. HASBROUCK v. JOSEPH MOREIDA and Others. THE MASTAN CO.,

INC.; JACOB HOLMAN and Another.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ADELE GOULD, Respondent, v. HUGH J. SHEERAN, as Receiver of NEW YORK RAILWAYS COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

ABRAHAM L. GOULD, Respondent, v. HUGH J. SHEERAN, as Receiver of NEW YORK RAILWAYS COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

BIRD S. COLER, Commissioner of Public Welfare of the City of New York, on Complaint of ANNA BENNETT, Respondent, v. WILLIAM DITALIA, Appellant.— Order reversed and information dismissed on the ground that the finding is against the weight of the evidence and not supported by the evidence. Settle order on notice. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

THE CITY OF NEW YORK, Appellant, v. PIKE REALTY CORPORATION, Respondent.— Judgment so far as appealed from affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

JESSE WEIL, Respondent, v. BROADWAY-JOHN STREET CORPORATION and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

FERDINAND R. LOEWENTHAL, Respondent, v. ARNOLD KRAMER and Others, Copartners, etc., Appellants.— Judgment and order reversed and new trial ordered, with costs to the appellants to abide the event, on the ground that the jury was not properly instructed on the question of damages, and that the verdict tested by a proper rule of damages is excessive. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

EMMA T. MURPHY, as Administratrix, etc., of ROBERT P. MURPHY, Deceased, Appellant, v. WILLIAM H. BARNUM and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

LUDVIG MICHELSEN, Appellant, Respondent, v. WAREHOUSING AND TRADING CORPORATION and Another, Respondents, Appellants.— Order appealed from as resettled granting a new trial and denying motions to dismiss the complaint affirmed, without costs. Appeal from order denying motion for reargument dismissed. No opinion. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on the Complaint of ANTHONY VITALE, Respondent, v. THOMAS MORAN, Appellant.— Judgment reversed as against the weight of the evidence and the information dismissed. Settle order on notice. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

SAMUEL GREENWALD, Respondent, v. ROSCOE CANADAY and Another, Appellants.— Judgment reversed and a new trial ordered, with costs to the appellants to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $1,644.42; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

ROSE WILDOFSKY, Appellant, v. MAX WILDOFSKY, Respondent.— Judgment affirmed. No opinion. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.